FORM A To be used by a prisoner filing a complaint under the
Civil Rights Act, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES MICHAEL RECCA,

8:18CV556



2018 NOV 29 PM 12: 36
OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

_____

_____

_____

_____
(Enter above the full name of
the plaintiff or plaintiffs
in this action.)

                v.                         COMPLAINT

OMAHA POLICE DEPARTMENT; Officers:
PIGNOTTI (K-9 officer); JOESPH RICHTER;
ERIK P. FOREHEAD; HEIDI L. ALTIC;
MICHAEL OLIVER; HANSEN, NASS (first name
unknown); ACTUAL K-9 DOG; ALL OTHER UNKNOWN Jane and John Doe(s),
(Enter above the full name of
the defendant or defendants
in this action, if known.)

RECEIVED

NOV 29 2018

U.S. DISTRICT COURT
CLERK



(Note:  If there is more than one plaintiff, a separate sheet
should be attached giving the information in Parts I, II, and III
for each plaintiff, by name. Remember, all plaintiffs must sign
the complaint.)

I.   A.   Place of Present Confinement Nebraska State Prison (NSP)

     B.   Parties to this civil action:

     Please give your commitment name and any other name(s)
     you have used while incarcerated.

-1-

(1) Plaintiff JAMES M. RECCA          Registr. No. 85879

Address P.O. Box 22500

Lincoln , NE 68542-2500

Additional plaintiff's Registr. No. and address:

N/A

(2) Defendant Omaha Police Department (Any and All its affiliates and K-9 Director)

is employed as Police officers at Omaha Police Dept

Additional defendant's employment: K-9 officer (Pignotti)

Dog handler and k-9 dog, and all officers

named in the Jurisdiction section A. labeled officials:

II. Previous Civil Actions

A.   Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action? An initial first notice
Yes X  No ☒                                via Tort Claim.

(1) Title: James M. Recca      v. State of Nebraska
          (Plaintiff)           (v.)           (Defendant)

(2) Date filed April 11, 2017

(3) Court where filed State Claim Board (under Tort Claim Law)
(specify if the court was state or federal and
the level of the court)

(4) Court number and citation Resolution #246

(5) Name of judge to whom the case was assigned State Claim Board/

(6) Basic claim made The same action given rise to the claims raised
herein now; i.e., excessive force, police brutality, civil rights violations, malfeasance.

(7) Date of disposition April 11, 2017

(8) Disposition decision inconclusive finding —
          (pending)  (on appeal)  (resolved)

(9) If decided by the court, state whether for plaintiff or
defendant defendants

(10) Approximate date of filing April 11, 2017

-2-

(11)  Approximate date of judgment _October 30, 2017_

For additional cases, provide the above information in the same format on a separate page.

B.  Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement?   Yes ____ No _X_

III.  Grievance Procedure

A.  Does your institution have an administrative or grievance procedure?   Yes _X_ No ____

B.  Did you present the facts relating to your complaint through the administrative or grievance procedure?   Yes _X_ No ____

C.  What was the result? _Douglas Board of Comissions met and referred [or] claim to risk Management Resolution No: 246 Adopted: April 11, 2017_

D.  If you did not file a grievance, state the reasons _*DO NOT APPLY - Action Committed Outside Jailed Institution_

E.  Please attach any responses as exhibits to this complaint. _(Attached Exhibits)_

F.  If there is not prisoner grievance procedure at your institution, did you complain to prison authorities? _committed_ Yes ____ No ____   _*DO NOT APPLY - Action taken outside jailed institution_

G.  If your answer to F is yes,

A.  What steps did you take and what was the result? _N|A_

IV.  Jurisdiction

A.  Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials?   Yes _X_ No ____

If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government

-3-

officials: Omaha Police Dept. K-9 officer "Pignotti"
ofc: Joseph Richter (2019), ofc: Erik P. forehead (1556)
ofc: Heidi L. Althc (4792), ofc: Michael Oliver (2040)
ofc: Hansen (2043), ofc: NASS (1886); All other unknown Jane or John Doe
Actual k-9 dog " " I reserve the right to name
any unknown persons or animals /officers later
that are unknown to me at this time

B. Is this complaint brought for a violation of state or
local law? Yes X No ___

If so, please specify (without alleging any supporting
facts) the state law(s) you believe was/were violated
Police Brutality, Excessive force, Malfeasance, miscon-
duct under color of office

Is/are the defendant(s) residents of the same state as
you? Yes X No ___

If not, specify what state_____

V. Statement of Claim:

(State here as briefly as possible the **FACTS** of your case.
You must state exactly what each defendant personally did,
or failed to do, that resulted in harm to you, and describe
the harm. Include the names of other persons involved (for
example, other inmates), dates, and places of all events.
If you allege related claims, number and set forth each
claim in a separate paragraph. Attach an extra sheet, if
necessary. Unrelated claims should be raised in a separate
civil action. Do not give legal arguments or cite cases or
statutes except in Part B below.

A. On or about November 3, 2015, plaintiff Recca was amongst and with 2 or
other individuals situated at the Carol Hotel, addressed: 4888 South 118 street,
in Omaha, Douglas County, Nebraska, whereupon, an investigation involving a stolen
vehicle convened by officials of the Omaha Police Department. Plaintiff, and
2 other (unnamed) individuals became targets of this investigation inasmuch

-4-

that they were alleged to have been observed, in same area, and then seen running away from the area. Several Omaha police officers took pursuit after them. They are namely, Joesph Richter, Nass, and Hansen, under advisement from police officer Michael Oliver (hereinafter "defendants" in-concert). Sometime later, other OPD law enforcement officers, like defendant, Pignotti (K-9 officer) and the Canine (k-9), under his command. joined the aforementioned other OPD officers in the same pursuit. Plaintiff, seemingly, was ambushed, located, and recklessly bitten by the canine (K-9)/dog (aka police K-9 dog) under the pursuing aforenamed OPD officers/ defendants commands and directions. (SEE Generally Exhibit 1 attached herewith). Plaintiff was brutally and viciously attacked by this unnamed (name presently unknown) police K-9 dog, and thereby suffered serious inflictions, bodily harm, injuries, and damages of irreparable subjugations. (SEE Generally Exhibits 6 through 23 attached herewith). Emergency treatment was administered unto/upon plaintiff at Bergan Medical Center-CHI Health. Thereafter, plaintiff was arrested and booked into Douglas County jail. Plaintiff was onerously subjected by the defendants during the atrocious apprehension involving the K-9 dog bite injury(s), and while in shock and excrutiating pain, further

-5-

Wanton and arbitrary infliction ensued during booking-inception, by defendants Erik P. Forehead and Heidi L. Altic (OPD officials). Based upon the foregoing traumatic subjugations plaintiff suffered, and was compelled to recklessly accept, by the capricious and arbitrary hands of all-named defendants, plaintiff, still suffers; is tormented by endless nightmares even now; has dog (K-9) phobia to the extent he cannot tolerate any company or presence within mere feet of canines/dogs; and endures in sporadic pain to all his limbs injured by the K-9/dog bites, he was subjugated on November 3, 2015. All defendants named, inclusive of the entity-county officials, Omaha Police Department, and its progeny, and any and all unknown Jane and John Doe, who acted in-concert and in cohoots, are responsible and culpable for the deprivations of plaintiff's civil rights above described.

B. State briefly your legal theory or cite appropriate authority: The brutal subjugations inflicted by virtue of K-9 dog bites, causing serious bodily harm and injury of irreparable nature, at the command and authoritative directions of all named and unnamed law enforcement officials of the Omaha police department and its progeny(s), exuded unnecessary wanton affliction, pain, and suffering upon plaintiff, in violation of his 5th and 8th Amendment Rights of the United States Constitution. Additionally, plaintiff's civil rights were violated, and the defendant's prejudicial voluntary acts "shocked the conscience" and caused irreparable injury upon/unto plaintiff, to the point of no return.

VI. Relief

A. Do you request money damages? Yes __X__ No ____

If so,

    1. Did you lose any money from this incident? Yes __X__ No ____ If so, how much? $15,000⁰⁰ approximately

    2. Did you receive a physical injury? Yes __X__ No ____

    3. What other harm did you experience from this incident? Unable to walk for 2 months, Unable to fully use my right arm due dog bite injury to my shoulder for 6 months, Excessive pain and ringing in my left ear and temporally loss of hearing in left ear due to police K-9 bitting my ear half way off. I still experience ringing and pain in my left ear Due to surgery on my left ear to stitch ear back on to my head and reshape my left ear one ear is visibly higher then the other one is now. -10-

Mental Anguish, Emotional Distress; "shocked my conscience"

4. State the amount of damages claimed $1,000,000.00

B. Do you request a jury trial? Yes X No ___

C. State briefly exactly what you want the court to do for
you. Make no legal arguments. Cite no cases or statutes.

Grant and sustain relief, via an Order, adjudicating that
the defendants acted "deliberately indifferent", unlawfully, but
voluntarily, recklessly, and intentionally, violated plaintiffs civil
rights, guaranteed by the 5th and 8th Amendments of the United
States Constitution; and said named defendants, and its affiliates are
immensely responsible and culpable for plaintiffs aforementioned subjugations, and
award monetary damages, punitive, compensatory, etc, amounting to $1,000,000.00.

VII. Request for Appointment of Counsel

A. Do you want an attorney to represent you in presenting
your claim to the court? Yes X No ___

B. Did someone help you in preparing this complaint?
Yes X No ___ If so, state the person's name (optional)

Paralegal Assistant in (NSP) Nebraska State Prison

C. Have you made any efforts to contact a private lawyer
to determine if he or she would represent you in this
action? Yes X No ___

If so, state the name(s) and address(es) of each lawyer
contacted Law Offices of White & Jorgensen

3114 St. Marys Avenue

Omaha, NE 68105

If not, state your reasons

N/A

(Note: This court has no funds with which to pay an attorney for
handling this type of case. Because of this, appointments are
made only in cases where an attorney is greatly needed and the

-7-

attorney is willing to take the case without expecting to receive
any fee.)

    I declare under penalty of perjury that the forgoing is true
and correct.

Signed this 26 day of _____November_____, 20 18 .

    JAMES M. RECCA #85879

    P.O. BOX 22500

    Lincoln, NE 68542

    #85879

(Signature(s) of Plaintiff(s))

-8-

**NOTE:** This report may stand alone for Crime Against Society and is used for all booking arrests. Crimes Against Society need not be listed on an Incident Report ■ FELONY ■ MISDEMEANOR ■ WARRANT ONLY

# OMAHA POLICE DEPARTMENT
## BOOKING ARREST REPORT

**RB#** AH32053

| OCCURRED | | | | | | REPORTED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location Occurred   S 118TH ST / M ST OMAHA, DOUGLAS COUNTY | | | | | District # 83 | Location Reported   OMAHA, DOUGLAS COUNTY | | | | District # |

| Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute | Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute |
|---|---|---|---|---|---|---|---|---|---|
| TUESDAY | 11 | 03 | 15 | 01:28 | | | | | |
| TUESDAY | 11 | 03 | 15 | 01:28 | | | | | |

| ARRESTED | Day of Week TUESDAY | Month (MM) 11 | Day (DD) 03 | Year (YY) 15 | Hour:Minute 07:17 | Location S 118TH ST / M ST OMAHA, DOUGLAS COUNTY | | | District 83 |
|---|---|---|---|---|---|---|---|---|---|

**O**
**F**
**F**
**E**
**N**
**D**
**E**
**R**

| OFFENDER NAME ■ ID Verified   RECCA, JAMES M | | | | DOB (MM/DD/YY) 10/02/78 | AGE 37 | Data # - Data Center Use Only |
|---|---|---|---|---|---|---|

| ALIAS | | | | ALIAS DOB | NICKNAME/MONIKER |
|---|---|---|---|---|---|

| ADDRESS   96 Q ST | CITY OMAHA | STATE NE | ZIP 68127 |
|---|---|---|---|

| DRIVERS LICENSE#/STATE | SOCIAL SECURITY # | RESIDENCE PHONE | OTHER PHONE (402) 670-9462 |
|---|---|---|---|

| RACE [F] W | SEX (G) M | HEIGHT 5' 8" | WEIGHT 230 | HAIR BRC | EYES BRO | SCARS-MARKS-TATTOOS |
|---|---|---|---|---|---|---|

OTHER DESCRIPTION

| BIRTH CITY | BIRTH STATE OR COUNTRY USA | ■ INTERPRETER NEEDED | LANGUAGE: |
|---|---|---|---|

PHYSICAL CONDITION: INJURED

MENTAL CONDITION: NORMAL

SCHOOL or BUSINESS NAME & ADDRESS

| EMERGENCY CONTACT NAME | EMERGENCY CONTACT RELATION | EMERGENCY CONTACT PHONE |
|---|---|---|

| ■ DV RELATED | ■ US CITIZEN | METHOD OF IDENTIFICATION CIB | KNOWN KEEP SEPERATES |
|---|---|---|---|

| PLATE# / STATE / YEAR | VIN |
|---|---|

| COLOR | YEAR | MAKE | | MODEL | STYLE | OTHER |
|---|---|---|---|---|---|---|

| CHARGE 1 OBSTRUCT LAW ENF OFC OR FIREFIGHTER | WARRANT # 2500 | STATUTE/ORDINANCE 20-21 | Conversion Code 24244 | RB# if different |
|---|---|---|---|---|

| CHARGE 2 WARRANT | WARRANT # 03571112MC | STATUTE/ORDINANCE | Conversion Code | RB# if different |
|---|---|---|---|---|

| CHARGE 3 WARRANT | WARRANT # 03585133 | STATUTE/ORDINANCE | Conversion Code | RB# if different |
|---|---|---|---|---|

| BOOKING # | ■ SCHOOL ZONE ■ CONSTRUCTION ZONE | WEAPON CODE [E] |
|---|---|---|

| ON SCENE ■ CIB ■ CRIME LAB CIB ADVISED ■ Yes ■ No | ADVISED OFFICER/SER# OLIVER, MICHAEL [2040] | ON SCENE INVESTIGATOR/SER# OLIVER, MICHAEL [2040] | REF RB# |
|---|---|---|---|

Other Reports

**NARRATIVE:** (PC and Elements to the Charged Crimes. Details on a Supplementary Report)
Narrative not required if already covered in an Incident Report for Crime Against Person.

ON TUE 03NOV15 AT 0128 HRS. R/O'S NASS 1886 AND RICHTER 2019 RESPONDED TO THE CAROL HOTEL AT 4888 S. 118 ST. TO ASSIST OFFICER HANSEN 2043 WITH A RECOVERED STOLEN AUTO. UPON ARRIVAL R/O'S OBSERVED A BLACK DODGE 4 DOOR CAR THAT WAS REPORTED STOLEN AND HAD BEEN INVOLVED IN A FELONY ASSAULT THAT OFFICER NASS WAS INVESTIGATING. R/O'S COULD SEE A BOX OF AMMUNITION IN THE CENTER CONSOLE OF THE VEHICLE AND THERE WAS A SPENT SHELL CASING ON THE REAR OF THE VEHICLE BETWEEN THE BACK WINDOW AND THE TRUNK. CIB WAS CONTACTED AND THE VEHICLE WAS LATER TOWED. WHILE ON SCENE OFFICER HANSEN OBSERVED PARTIES WATCHING OFFICERS WHO THEN DISAPPEARED WHEN R/O'S LOOKED AT THEM. R/O RICHTER THEN OBSERVED THREE SUSPECTS WALKING AWAY E/B ON 118 AND M ST. R/O'S RICHTER AND NASS OBSERVED THREE SUSPECTS EAST OF 118 AND M ST WHO ALL RAN WHEN THEY SAW OFFICERS. R/O HAD THE CRUISER WINDOWS DOWN AND YELLED LOUDLY OUT THE WINDOW OF THE MARKED CRUISER, STOP! POLICE! ONE SUSPECT RAN E/B AND ONE MALE AND ONE FEMALE RAN S/W INTO A WOODED AREA WITH A CREEK. OFFICERS LOST SIGHT OF THEM IN THE WOODS AND CALLED FOR MORE CARS TO RESPOND AND SET UP A PERIMETER AND CALLED FOR A K-9 OFFICER TO RESPOND.



Exhibit #1

RB#
AH32053

NARRATIVE: (PC and Elements to the Charged Crimes. Details on a Supplementary Report)
Narrative not required if already covered in an Incident Report for Crime Against Person.

K-9 OFFICER PIGNOTTI RESPONDED AND FORMED A SEARCH TEAM WITH OFFICERS. THE SEARCH TEAM BEGAN SWEEPING THE CREEK AREA AND THE DOG LOCATED AND BIT A MALE SUSPECT HIDING IN THE WOODS. OFFICERS ASSISTED WITH THE K-9 APPREHENSION AND BROUGHT THE SUSPECT OUT OF THE WOODS. HE WAS ID'D AS RECCA, JAMES AND A DATA CHECK SHOWED HE HAD TWO MISD WARRANTS OUT OF DOUGLAS COUNTY. AN AMBULANCE WAS CALLED FOR THE DOG BITE AND RECCA WAS TAKEN TO BERGAN ER AND TREATED AND RELEASED. HE WAS THEN TAKEN TO OPD HQ FOR IN INTERVIEW WITH CIB REGARDING THE STOLEN AUTO, BUT HE DECLINED TO SPEAK WITH INVESTIGATORS. WAS WAS TRANSPORTED TO DOUGLAS COUNTY JAIL AND BOOKED FOR OBSTRUCTING POLICE, AND HIS TWO WARRANTS. OTHER OFFICERS LOCATED A SMALL BAGGY CONTAINING METH NEAR WHERE THE THREE SUSPECTS WERE INITIALLY SEEN. RECCA DECLINED TO SPEAK BEFORE HE COULD BE ASKED ABOUT THE DRUGS, AND THE OTHER TWO SUSPECTS ARE STILL OUTSTANDING. THE DRUGS WERE BOOKED INTO PROPERTY AT OPD HQ.

CONDITIONS

| Road Surface | Visibility | Other Traffic Present | |
|---|---|---|---|
| Roadway | Highway Type | Traffic Flow | Accident Caused NONE |

| COMMAND AUTHORIZING BOOKING | SERIAL # | TRANSPORTED BY | SERIAL # |
|---|---|---|---|
| FOREHEAD, ERIK | 1556 | RICHTER, JOSEPH | 2019 |
| SEARCHED BY | SERIAL # | ASSISTING OFFICER | |
| RICHTER, JOSEPH | 2019 | | |
| REPORTING OFFICER | SERIAL # | APPROVED BY | SERIAL # |
| RICHTER, JOSEPH | 2019 | | |

Booking

Report FP003701

OPD Form 277

11-03-15 09:01 TO- City Prosecutor    FROM- DCDC ADMIN    P0004/0017 T-896 F-846

```
                              RECORD OF ARREST
INTERPRETER                   * MISD PROSECUTOR *              PAGE: 1 OF 1

ARRESTING AGENCY          ARREST NO    OPD NO.    DCS NO    REPORT NO
OMAHA POLICE DEPARTMENT    K1096381                          H32053    BP

ARRESTEE NAME          RAC SEX D.O.B.   HGHT WGHT HAIR EYES COMP DATANO
RECCA JAMES M           H   M  10/02/78 5 08 200  BRO  BRO        3140728

ARRESTEE ADDRESS           CITY      STAT   ZIP   HOME PHONE  BIRTH CITY STATE
4626 S  46 ST              OMAHA      NE   68117  4026709462  WEST ISLIP NY

EMPLOYED BY       EMPLOYER ADDRESS            BUS PHONE    WORK HOURS


ALIAS/MAIDEN NAME      MAR. STAT  SOC. SEC. DRIVER LICENSE  STAT TYP OF LIC
                                  127680911 H13376995        NE

MARKS, SCARS, TATTOS:  TATTOOS

IF SICK,INJURED,INTOXICATED DESCRIBE TO WHAT DEGREE          MEDICATION
A FEW DOG BITES

NEXT OF KIN                    ADDRESS                  PHONE


LOCATION OF ARREST         DIST CITY      STAT DAY DATE ARSTD  TIME SPECIMEN
118 M ST                    83  OMAHA      NB  TUE 11/03/15   0128

ARRESTING OFFICER 1     SER NO    ARRESTING OFF 2          SER NO
RICHTER        JOSEPH   2019      RICHTER,JOSEPH M
COMMAND AUTHORIZATION   SER NO    TRANSPORTING OFFICER     SER NO
FOREHEAD,ERIK P         1556      RICHTER,JOSEPH M         2019
BOOKED BY               SER NO    SEARCHED BY.             SER NO
ALTIC,HEIDI L           Y792      RICHTER,JOSEPH M         2019

DATE BOOKED   TIME   ARRESTED WITH       D.O.B.     RIGHT INDEX FINGER
11/03/15      0740                                   3
REMARKS                                              3
PARTY BOOKED ON NEW CHARGE OF OBST LAW ENFORCE + WI 03571112 3
 15-12664                                            3
                                                     3
                                                     3
                                                     3

CONV  REPORT STATUTE                              BOND     COURT
CODE  NUMBER ORDINANCE NO. CLA DESCRIPTION        AMOUNT TP DATE  TIME
24244 H32053 20-21         M   OBSTRUCT LAW ENF OFC OR FIR  2500 E 112415 1330




BOND SET BY              DATE       TIME  TOTAL BOND  COURT
                                           7500      CNTY
```

Exhibit # 2

LPFIC46X                                                              PAGE 0001
                                    PERSON PROFILE                    65R307C07Q43
DATA# 3140728
NAME RECCA, JAMES M.                              WARRANT       CONFINED COR
DOB  10/02/1978  WEST ISLIP, NY         SOCIAL SECURITY 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
ADDR 04626 S 46 ST                      DRIVERS LICENSE H13376995        NE
     OMAHA, NE 68117                    FINGERPRINT
RACE H  SEX M  HGT 508 . WGT 200  EYES BRO HAIR BRO COMPLX      INS#
DCS#            OPD#      0
FBI#            PAROLE    ADDED INFO
FLAGS MISD. WARRANT
      CONFINED-JAIL
      PAST RECORD

INPUT AGENCY   PROGRAM CREATED           06/22/2009
LAST AGENCY    CORRECTIONS               11/03/2015
                              ALIAS NAMES
  DATA#                    NAME                DOB           WAR CON



**DANIEL A. ESCH**
DOUGLAS COUNTY CLERK / COMPTROLLER

**SHERI K. LARSEN**
CHIEF DEPUTY DOUGLAS COUNTY CLERK

April 6, 2017

James M. Recca
Data # 3140728 Module # 14-22
Douglas County Department of Corrections
710 South 17th Street
Omaha, NE  68102

Re: Tort Claim

To Whom It May Concern:

This letter is to inform you that the Douglas County Clerk's office is in receipt of your tort claim.

Said claim will be placed on the Douglas County Board of Commissioners' meeting agenda; to be held on Tuesday, April 11, 2017; at 9:00 a.m. in the Legislative Chamber of the Omaha-Douglas Civic Center, 1819 Farnam Street, Omaha, NE.

At that time, the Board will be asked to refer this claim to the Douglas County Risk Manager for review and determination. You will be notified in writing once the Board has referred your claim to the Risk Manager.

If you have any questions, please do not hesitate to contact me at (402) 444-6764.

Sincerely,

Ellen M. Sechser
Administrative Assistant
Douglas County Clerk's Office

OMAHA-DOUGLAS CIVIC CENTER • 1819 FARNAM STREET, 1I08 • OMAHA, NEBRASKA 68183-0008
402•444•6767 • FAX 402•444•6456
E-mail: dan.esch@douglascounty-ne.gov
www.douglascountyclerk.org
♻ printed on recycled paper



Exhibit #3

Resolution No: 246
ADOPTED: April 11, 2017

# BOARD OF COUNTY COMMISSIONERS
## DOUGLAS COUNTY, NEBRASKA

*Resolved*

Motion by Boyle, second by Kraft.

I move this Board refer the following tort claim to the County's Risk Manager for review and determination:

James M. Recca

Adopted:     April 11, 2017
Yeas:        Boyle, Cavanaugh, Duda, Kraft, Morgan, Rodgers
Absent:      Borgeson

(CERTIFIED COPY)

Daniel A. Esch
Douglas County Clerk

Resolution No: 246
ADOPTED: April 11, 2017

Exhibit # 4



**DANIEL A. ESCH**
DOUGLAS COUNTY CLERK / COMPTROLLER

**SHERI K. LARSEN**
CHIEF DEPUTY DOUGLAS COUNTY CLERK

April 11, 201

James M. Recca
Data # 3140728 Module # 14-22
Douglas County Department of Corrections
710 South 17th Street
Omaha, NE  68102

RE:  Tort Claim

To Whom It May Concern:

This is to advise you that on Tuesday, April 11, 201 the claim referenced above
was presented to the Douglas County Board of Commissioners.  A resolution
was adopted to refer said claim to the County's Risk Manager for review and
determination.  A copy of that resolution is enclosed.

The County has six months to review your case.  If you have additional
questions in the future you may contact Darrel Neely at 402-444-7940.

Sincerely,

Ellen M. Sechser
Administrative Assistant
Douglas County Clerk's Office

Enclosure

OMAHA-DOUGLAS CIVIC CENTER • 1819 FARNAM STREET, HO8 • OMAHA, NEBRASKA 68183-0008
402•444•6767 • FAX 402•444•6456
E-mail: dan.esch@douglascounty-ne.gov
www.douglascountyclerk.org
♻ printed on recycled paper

Exhibit #5

## CCS
### CORRECT CARE SOLUTIONS

## WOUND CARE FLOW SHEET

INMATE NAME: Reece Jones

ID#: 3140128

DOB: 10/2/78

Location of Wound(s)
Area: C axilary C calf R ca
(MARK AREAS ON FIGURES)

R   L ·      L   R

☐ Dressing Protocol
☐ Physician Order

Type: Dog Bite

Frequency: daily

Duration: until Jealed

pack area to R Shoulder

| Date & Time Of Treatment | 1/15/15 1030 | 1/16/15 1330 | 1/17/15 1400 | 1/18/15 1030 | 1/19/15 0915 | | |
|---|---|---|---|---|---|---|---|
| Wound Size & Depth | Several Abrasions + Puncture | Scattered Abrasions 0.5in. depth | Scattered abrasions R shoulder de | Several Abrasions | Several Abrasions | | |
| Wound Bed Appearance | R axilla is Salmon | pink/red scattered | C axilla being firm scattered | R axilla & R calf | R axilla packing c cotton covered | | |
| Wound Drainage Color and Amount | Scant. bleeding | Scant. sang. | Scant sang | Ø | Ø | | |
| Additional Comments ( Edges/etc.) | Area packed c Apro 13. appacking | packed WCC | packed R sh HCC | Pack R axille cover R calf | Packed c packing cot covered | | |
| Initials | TC | | M | R | TC | | |

F-X05 (formerly CCS-016)          revised 1/1/08

Exhibit #6

Douglas County Department of Corrections, NE
Douglas County (NEDO)
710 South 17th Street
Omaha , NE68102

**Provider Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| JAMES M RECCA | 3140728 | 201609021019-3140728 | 10/2/1978 | 11/5/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| clindamycin 150 mg capsule | 2.00 capsule | Douglas Co: TID AM PM & HS | 11/3/2015 8:00:00 PM | 11/10/2015 7:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-18-2015 | Acute | OTHER | Patient Reports No Problems | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 03-18-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 11-05-2015 09:55 AM CST | 138/82 | 82 | 18 | 96.10 | 97 | 236 | 35.9 |

**Notes / History:**

┌─ Added 11/05/2015 12:22 PM CST by jesch Provider ─┐

Patient on clindamycin from the ER after sustaining multiple dog bites from the canine unit.  He has a wound in his right shoulder that needs to be repacked.  He has sutures in his right ear and loose suturing to approximate the wounds in his right arm and his leg.  They appear to be dissovable and do not need to be taken out.  Will schedule daily wound care and dressing changes.  Patient to finish antibiotic as prescribed.

E-Signed by Jacqueline Esch n 11/05/2015 12:22 PM CST

Page 1 o 1



Douglas County Department of Corrections,
NE
**Douglas County (NEDO)**
**710 South 17th Street**
**Omaha , NE68102**

**Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| JAMES M RECCA | 3140728 | 201609021019-3140728 | 10/2/1978 | 11/6/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| clindamycin 150 mg capsule | 2.00 capsule | Douglas Co: TID AM PM & HS | 11/3/2015 8:00:00 PM | 11/10/2015 7:59:00 PM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-18-2015 | Acute | OTHER | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 03-18-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

---

Added 11/06/2015 07:41 AM CST by svansant RN

Late entry for 2100 11/4/15

Inmate called to the clinic after med pass staff brought to this clinic nurses attention that the inmate has a dog bite wound which was dressed at the hospital prior to booking The report is that his dressing are soaked and need to be replaced. this clinic nurse called and asked that inmate be brought to clinic for assessment. Inmate has wounds on his upper right arm which is sutured, packed, and covered. His also has dry intact sutures on his left ear. He reports that his has large wound from being bitten by a dog on his lower calf. The only dressing that needed changed was on his arm. The arm dressing was replaced with dry dressing 4x4 and covered with coban. Inmate was placed on MD sick call for further wound care orders. Inmate also reports to have mod pain.

E-Signed by Sandra VanSant n 11/06/2015 07:41 AM CST

Page 1 o' 1




**CHI Health**

ACH BERGAN MERCY MEDICAL
CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA, JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

## Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 11/03/2015 3:32 AM | Admit Date/Time | 11/03/2015 3:35 AM | IP Adm. Date/Time: | None |
| Admission Type | Emergency | Point of Origin | Self Referral | Admit Category | None |
| Means of Arrival: | Old #61 | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source | None | Service Area: | Alegent Creighton Health | Unit: | Bmmc 1ed |
| Admit Provider | None | Attending Provider | Bradley H Hess, MD | Referring Provider | None |

## Patient Demographics

| Address | | Phone | |
|---|---|---|---|
| 4929 S 46th St | | 402-906-8458 (Home) | |
| OMAHA NE 68117-2013 | | 402-906-8458 (Mobile) | |

## Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 231361797 - RECCA,JAMES | None | None | None |

## Primary Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| No coverage found | | | | |

## Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Recca, James | 231361797 | Emergency | Billed | None |

## Guarantor Account (for Hospital Account #231361797)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Recca, James | Self | ACH | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| 4929 S 46th St | 402-906-8458(H) | | | |
| OMAHA, NE 68117-2013 | | | | |

## Coverage Information (for Hospital Account #231361797)

Not on file

## Discharge Information - Patient Record Only

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 11/03/2015 5:42 AM | Home Or Self Care | Home | None | Bmmc 1ed |

## Events

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 11/03/15 0332 | ED Arrival | | BMMC 1ED | ......... | |
| 11/03/15 0335 | ED Roomed | Emergency | BMMC 1ED | 1ED03/03-01 | Emergency Medicine |
| 11/03/15 0538 | ED Transfer | Emergency | BMMC 1ED | 1EDOTF/OTF | Emergency Medicine |
| 11/03/15 0542 | Discharge | Emergency | BMMC 1ED | 1EDOTF/OTF | Emergency Medicine |

## Final Diagnoses (ICD-10-CM)

| Principal | Code | Name | | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|---|
| [P] | S81.8'1A | Laceration without foreign body, right lower leg, initial encounter | | | | | |
| | S41.011A | Laceration without foreign body of right shoulder, initial encounter | | | | | |
| | S01.312A | Laceration without foreign body of left ear, initial encounter | | | | | |
| | F17.210 | Nicotine dependence, cigarettes, uncomplicated | | | | | |
| | Z23 | Encounter for immunization | | | | | |

## Allergies as of 11/3/2015

Reviewed On: 11/3/2015 By: Alex Kucera, RN

No Known Allergies

## Immunizations

| Name | Date |
|---|---|
| Tdap | 11/03/15 |

## Patient History

Printed by 1302 at 4/10/17 2:15 PM


EXHIBIT #9



ACH BERGAN MERCY MEDICAL
CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA,JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

**Medication Discrepancies Requiring Physician Review and Action (continued)**

|  | Last Dose | Informant | Start Date | End Date | Provider | LT |
|---|---|---|---|---|---|---|
| Take 1 tablet (800 mg total) by mouth every 8 (eight) hours as needed for pain. | | | | | | |

Associated Diagnoses: --

# ED Records

## ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type | Arrival Complaint |
|---|---|---|---|---|---|---|---|
| 11/3/2015 03:28 | 11/3/2015 03:32 | 4-Less Urgent | OFD #81 | EMT | Emergency Medicine | Emergency | - |

## ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 11/03/15 0321 | Bed was Held | BARTON, DANA A | |
| 11/03/15 0332 | Patient arrived in ED | MEIER, JESSICA | |
| 11/03/15 0332 | Patient expected in ED | MEIER, JESSICA | |
| 11/03/15 0332 | | MEIER, JESSICA | |
| 11/03/15 0332 | | MEIER, JESSICA | |
| 11/03/15 0335 | Patient roomed in ED | KUCERA, ALEX | To room 1ED03 |
| 11/03/15 0335 | Trigger for Triage Start | KUCERA, ALEX | |
| 11/03/15 0335 | Triage Started | KUCERA, ALEX | |
| 11/03/15 0336 | | KUCERA, ALEX | |
| 11/03/15 0336 | | KUCERA, ALEX | |
| 11/03/15 0339 | Initial Provider Exam | HESS, BRADLEY H | |
| 11/03/15 0339 | Assign Attending | HESS, BRADLEY H | Bradley H Hess, M assigned as Attending |
| 11/03/15 0339 | Assign Physician | HESS, BRADLEY H | |
| 11/03/15 0342 | | KUCERA, ALEX | |
| 11/03/15 0342 | Triage Completed | KUCERA, ALEX | |
| 11/03/15 0345 | Assign Nurse | MOSER, KACIE | Kristin L Fisicaro, R assigned as Registered Nurse |
| 11/03/15 0508 | Discharge Disposition Selected | HESS, BRADLEY H | |
| 11/03/15 0508 | Disposition Selected | HESS, BRADLEY H | |
| 11/03/15 0509 | | HESS, BRADLEY H | |
| 11/03/15 0512 | AVS Printed | HESS, BRADLEY H | |
| 11/03/15 0512 | AVS Printed | HESS, BRADLEY H | |
| 11/03/15 0512 | | HESS, BRADLEY H | |
| 11/03/15 0512 | | HESS, BRADLEY H | |
| 11/03/15 0528 | Registration Completed | MEIER, JESSICA | |
| 11/03/15 0536 | Patient transferred | FISICARO, KRISTIN L | From room 1ED03 to room 1EDOTF |
| 11/03/15 0536 | Patient transferred to OTF | FISICARO, KRISTIN L | |
| 11/03/15 0542 | Patient discharged | FISICARO, KRISTIN L | |
| 11/03/15 0542 | Patient departed from ED | FISICARO, KRISTIN L | |
| 11/03/15 0542 | | FISICARO, KRISTIN L | |
| 11/03/15 0542 | | FISICARO, KRISTIN L | |
| 11/03/15 0542 | Charting Complete | FISICARO, KRISTIN L | |
| 11/03/15 0640 | ED Provider Note Signed | HESS, BRADLEY H | ED Prov Note filed by Bradley H Hess, MD |
| 11/03/15 0640 | Charting Complete | HESS, BRADLEY H | |

## ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Bradley H Hess, MD | Attending Provider | 11/03/15 0339 | 11/03/15 0542 | 402-398-6161 | |
| Kristin L Fisicaro, RN | Registered Nurse | 11/03/15 0345 | -- | | |

## ED Disposition

Discharge

## Diagnosis Edit Information

| Diagnosis | User | Time | Action |
|---|---|---|---|
| Dog bite of multiple sites | Bradley H Hess, MD | Tue Nov 3, 2015 5:08 AM | Add |

## Chief Complaint

Animal Bite                    pt was bite by police dog after chase this evening

# ED Notes

ED Notes by Dana A Barton at 11/3/2015 3:35 AM                                        Version 1 of 1

Printed by 1302 at 4/10/17 2:15 PM


EXHIBIT #10

 **CHI Health**

| ACH BERGAN MERCY MEDICAL CENTER<br>7500 Mercy Rd<br>OMAHA NE 68124-2319 | RECCA,JAMES<br>MRN: 800201503<br>DOB: 10/2/1978, Sex: M<br>Adm:11/3/2015, D/C:11/3/2015 |
|---|---|

### ED Notes (continued)

**ED Notes by Dana A Barton at 11/3/2015 3:35 AM (continued)**                                    Version 1 of 1

| Author: Dana A Barton | Service: (none) | Author Type: Unit Coordinator |
|---|---|---|
| Filed: 11/3/2015 3:35 AM | Note Time: 11/3/2015 3:35 AM | Status: Signed |
| Editor: Dana A Barton (Unit Coordinator) | | |

Bed: 03-01
Expected date: 11/3/15
Expected time: 3:25 AM
Means of arrival: OFD #61
Comments:
37 M was bitten by the police dog during a chase. Puncture wounds to ear and L leg.
Code 2

Electronically Signed by Dana A Barton on 11/3/2015 3:35 AM

**ED Notes by Kristin L Fisicaro, RN at 11/3/2015 5:33 AM**                                    Version 2 of 2

| Author: Kristin L Fisicaro, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 11/3/2015 5:42 AM | Note Time: 11/3/2015 5:33 AM | Status: Addendum |
| Editor: Kristin L Fisicaro, RN (Registered Nurse) | | |
| Related Notes | Original Note by Kristin L Fisicaro, RN (Registered Nurse) filed at 11/3/2015 5:34 AM | |

Patient discharged, handcuffed and ambulatory with OPD officer.

Kristin L Fisicaro, RN
11/03/15 0534

Kristin L Fisicaro, RN
11/03/15 0542

Electronically Signed by Kristin L Fisicaro, RN on 11/3/2015 5:42 AM

**ED Notes by Kristin L Fisicaro, RN at 11/3/2015 5:33 AM**                                    Version 1 of 2

| Author: Kristin L Fisicaro, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 11/3/2015 5:34 AM | Note Time: 11/3/2015 5:33 AM | Status: Signed |
| Editor: Kristin L Fisicaro, RN (Registered Nurse) | | |
| Related Notes | Addendum by Kristin L Fisicaro, RN (Registered Nurse) filed at 11/3/2015 5:42 AM | |

Patient discharged and ambulatory with OPD officer.

Kristin L Fisicaro, RN
11/03/15 0534

Electronically Signed by Kristin L Fisicaro, RN on 11/3/2015 5:34 AM

**ED Provider Notes by Bradley H Hess, MD at 11/3/2015 6:25 AM**                                    Version 1 of 1

| Author: Bradley H Hess, MD | Service: Emergency Medicine | Author Type: Physician |
|---|---|---|
| Filed: 11/3/2015 6:40 AM | Note Time: 11/3/2015 6:25 AM | Status: Signed |
| Editor: Bradley H Hess, MD (Physician) | | |

### EMERGENCY DEPARTMENT ENCOUNTER

**Pt Name: James Recca**
**MRN: 800201503**
**Birthdate 10/2/1978**
**Date of evaluation: 11/3/2015**
**Provider: Bradley Hess, MD**

---

*EXHIBIT # 11*



**CHI Health**

ACH BERGAN MERCY MEDICAL
CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA,JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

**ED Notes (continued)**

ED Provider Notes by Bradley H Hess, MD at 11/3/2015 6:25 AM (continued)                    Version 1 of 1

## CHIEF COMPLAINT
Chief Complaint
Patient presents with
• Animal Bite
  *pt was bite by police dog after chase this evening*

## HPI
James Recca is a 37 y.o. male brought to ED by squad for multiple dog bites.  Police report the patient was
being pulled over on suspicion of auto theft and he ran from the scene on foot.  Police dog was release and
attacked him.  He was bitten on the right calf, right shoulder, and left ear.

## PAST MEDICAL HISTORY
History reviewed. No pertinent past medical history.

Nursing notes were reviewed, agree with nursing notes.

## SURGICAL HISTORY
History reviewed. No pertinent past surgical history.

## SOCIAL HISTORY
History

Social History
• Marital Status:                    Single
    Spouse Name:                   N/A
    Number of Children:            N/A
• Years of Education:             N/A

Social History Main Topics
• Smoking status:                 Current Every Day Smoker
    Types:                         Cigarettes
• Smokeless tobacco:              None
• Alcohol Use:                    Yes
• Drug Use:                       None
• Sexual Activity:                None

Other Topics                                              Concern
• None

Social History Narrative
• None

## FAMILY HISTORY
History reviewed. No pertinent family history.

Printed by 1302 at 4/10/17  2:15 PM



*EXHIBIT # 12*

 **CHI Health**

ACH BERGAN MERCY MEDICAL
CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA,JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

**ED Notes (continued)**

ED Provider Notes by Bradley H Hess, MD at 11/3/2015 6:25 AM (continued)                                    Version 1 of 1

| Pain Score | -- | |
|------------|----|--|
| Pain Loc | -- | |
| Pain Edu? | -- | |
| Excl. in GC? | -- | |

**Constitutional:** Well developed, well nourished, no acute distress, non-toxic appearance, mild objective discomfort.
**Head:** Normocephalic, atraumatic
**Eyes:** Conjunctiva clear. No erythema or drainage.
**ENT:** Nose normal, mucous membranes moist.  2.5cm through-and-though bite wound of the central right pinna involving cartilage.
**Neck:** No tenderness
**Respiratory:** No respiratory distress, normal breath sounds, no wheezes, no rales
**Cardiovascular:** Normal rate, normal rhythm, no murmurs, no gallops, no rubs
**Abdomen:** Soft, nontender, nondistended, no rebound, no guarding, no masses
**Musculoskeletal:** Soft tissue tenderness in area of bite wounds, no swelling, no deformities, distal CSM intact.
**Integument:** 4.5x2.5cm irregular gaping wound on right anterior shoulder/upper arm deep to muscle.  3 separate bite wounds on right lateral calf (2.5x1cm, 1.5x1cm,  1.5x1cm) and a dime-sized area of skin maceration. These are all deep to muscle.  No tendon, nerve, or blood vessel injury appreciated.
**Neurologic:** Awake, alert, and appropriate.  No focal weakness.  No focal numbness. Speech clear.  Gait normal.
**Psychological:** Cooperative, mildly intoxicated affect


**OXYGEN SATURATION INTERPRETATION:**
The patient's saturation was 100% on room air. Impression: Normal


**PROCEDURES:**
**LACERATION PROCEDURE NOTE:**

Wounds were prepped in sterile fashion.  The wounds were thoroughly irrigated with sterile saline under pressure by the nurse and tech.  Wounds were explored and showed no obvious nerve, vessel, or tendon injury.  No obvious foreign bodies present.  Wounds were approximated loosely without difficulty.  Patient tolerated the procedure well.  No complications.  Tetanus will be updated.

Type of repair: Interrupted sutures
Type of sutures: 5-0 Vicryl
Laceration length and number of sutures:
   Anterior left ear: 2.5cm  7 sutures (approximated close for aesthetics)
   Posterior left ear:  2.5cm  3 sutures  (loose)
   Right shoulder:  4.5cm  5 sutures (loose)  This wound was also packed with iodiform gauze and tail was left emerging from central portion of wound.
   Right calf:  2.5cm  2 sutures (loose)
                     1.5cm   1 suture (loose)
                     1.5cm   1 sutture (loose)

EXHIBIT #13

 **CHI Health**

ACH BERGAN MERCY MEDICAL
CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA,JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

**ED Notes (continued)**

ED Provider Notes by Bradley H Hess, MD at 11/3/2015 6:26 AM (continued)                            Version 1 of 1

**LAB RESULTS:**
ED Lab Results
   **None**

**RADIOLOGY:**
No results found.

**ED COURSE & MEDICAL DECISION MAKING**
Wounds were repaired.  The anterior portion of ear laceration was approximated closely to maintain ear
aesthetics and shape.  Posterior portion of ear laceration was approximated loosely.  The right shoulder wound
was quite deep and packed with iodiform gauze and then loosely approximated.  Three of the right calf wounds
were loosely approximated.

Tetanus updated.  IM Clindamycin given.  Wound care instructions given to police.

**CONSULTS:**
None

**Diagnosis:**
1. **Dog bite of multiple sites**

**Disposition:**
Jail

**PATIENT REFERRED TO:**
No Pcp
Call 1-800-Alegent to find a primary care doctor or visit www.chihealth.com

In 3 days
Right shoulder packing needs to be removed and wounds need to be evaluated by a medical provider in 3
days.  All sutures need to be removed in 10 days if they have not fallen out.

**DISCHARGE MEDICATIONS:**
**Discharge Medication List as of 11/3/2015  5:12 AM**

Printed by 1302 at 4/10/17 2:15 PM


EXHIBIT #14


**CHI Health**

ACH BERGAN MERCY MEDICAL CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA,JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

## Flowsheets (all recorded)

### Custom Formula Data - Tue November 03, 2015

|  | 0335 |
|---|---|
| **OTHER** | |
| Fluid Resuscitation (in mL) | 1008 -AK |
| Weight Change Since Birth | 0 grams -AK |
| % Weight Change Since Birth | 0 -AK |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.7 -AK |

### Disposition - Tue November 03, 2015

|  | 0508 |
|---|---|
| **Patient's ED Disposition** | |
| ED Disposition | Discharge -BH |
| Condition on Discharge | Stable -BH |

### Acuity/Destination - Tue November 03, 2015

|  | 0337 | 0342 |
|---|---|---|
| **Acuity/Destination** | | |
| Patient Acuity | 4 -AK | 4 -AK |
| Triage Complete | | Triage complete -AK |

### Wound Care - Tue November 03, 2015

|  | 0419 |
|---|---|
| **Wound 11/03/15** | |
| Wound Properties | Date First Assessed: 11/03/15 -KF Time First Assessed: 0400 -KF Wound Type: Other (Comment) -KF, Alleged dog bite wounds |
| Site Assessment | Bleeding -KF |
| Wound Length | Multiple areas with multiple different lengths/widths Right arm 4.5x2.5, Right leg 4 sites measurable 2.5x1, 1x1.5, 1.5x0.5, 1.5x1, Left ear 2.5 length in front and 2.5 length in back -KF |
| Closure | Approximated;Sutures Left ear closed with sutures #12, Right arm #5 and right leg approximated in 3 wounds 2, 1, 1 for a total of 4 in the leg -KF |
| Treatments | Cleansed;Irrigation -KF |
| Dressing | Packing;Coban;Dry dressing Antibiotic ointment -KF |
| Dressing Changed | New -KF |
| Dressing Status | Dry;Intact;Clean -KF |

### Vital Signs - Tue November 03, 2015

|  | 0335 | 0345 | 0534 |
|---|---|---|---|
| **Vital Signs** | | | |
| Temp | 36.7 °C (98.1 °F) -AK | | |
| Temp src | Oral -AK | | |
| Pulse | 99 -AK | 118 -KF | 103 -KF |
| Pulse Rate | | 118 -KF | |
| Resp | 24 -AK | | |
| BP | | 140/64 mmHg -AK | 154/107 mmHg -KF |
| **Oxygen Therapy** | | | |
| Oxygen Delivery Device | None (Room air) -AK | | |
| SpO2 | 99 % -AK | 94 %-KF | 100 % -KF |
| **Pain Assessment** | | | |
| Pain Assessment | 0-10 -AK | | |
| Pain Score | 10 -AK | | |

Printed by 1302 at 4/10/17  2:15 PM

EXHIBIT #15



| ACH BERGAN MERCY MEDICAL CENTER | RECCA,JAMES |
|---|---|
| 7500 Mercy Rd | MRN: 800201503 |
| OMAHA NE 68124-2319 | DOB: 10/2/1978, Sex: M |
| | Adm:11/3/2015, D/C:11/3/2015 |

## Flowsheets (continued)

### Flowsheets (all recorded) (continued)

**Height and Weight**

Weight    95.255 kg (210 lb) -AK

### ABCD Assessment - Tue November 03, 2015

| | 0335 | 0345 | 0534 |
|---|---|---|---|
| **Airway** | | | |
| Airway (WDL) | WDL -AK | | |
| **Breathing** | | | |
| Breathing (WDL) | WDL -AK | | |
| SpO2 | 99 % -AK | 94 % -KF | 100 % -KF |
| **Circulation** | | | |
| Circulation (WDL) | WDL -AK | | |
| **Disability** | | | |
| Disability (WDL) | WDL -AK | | |

### Skin Color/Condition - Tue November 03, 2015

| | 0416 |
|---|---|
| **Skin Color/Condition** | |
| Skin Color/Condition (WDL) | X Multiple puncture sites from alleged dog bite -KF |

### Quick Triage Complete - Tue November 03, 2015

| | 0337 | 0342 |
|---|---|---|
| **Quick Triage Complete** | | |
| Patient Acuity | 4 -AK | 4 -AK |
| Quick Triage Complete | Quick Triage Complete - AK | |

### Departure Condition - Tue November 03, 2015

| | 0335 | 0345 | 0534 |
|---|---|---|---|
| **Departure Condition** | | | |
| Mobility at Departure | | | Ambulatory -KF |
| Patient Teaching | | | Discharge instructions reviewed;Follow-up care reviewed;Patient verbalized understanding -KF |
| Education Received by | | | Patient;Other(Comment) OPD officer -KF |
| Departure Mode | | | In police custody -KF |
| **Vital Signs** | | | |
| Temp | 36.7 °C (98.1 °F) -AK | | |
| Temp src | Oral -AK | | |
| Pulse | 99 -AK | 118 -KF | 103 -KF |
| Pulse Rate | | 118 -KF | |
| Resp | 24 -AK | | |
| BP | | 140/54 mmHg -AK | I 154/107 mmHg -KF |
| **Oxygen Therapy** | | | |
| Oxygen Delivery Device | None (Room air) -AK | | |
| SpO2 | 99 % -AK | 94 % -KF | 100 % -KF |
| **Pain Assessment** | | | |
| Pain Assessment | 0-10 -AK | | |
| Pain Score | 10 -AK | | |

### Initial Provider Exam - Tue November 03, 2015

| | 0338 |
|---|---|
| **Initial Provider Exam** | |
| Initial Provider Exam | 0339 -BH |

### International Travel Screen - Tue November 03, 2015

| | 0335 |
|---|---|
| **International Travel** | |
| International Travel in | No -AK |

Printed by 1302 at 4/10/17  2:15 PM

*EXHIBIT # 16*



**CHI Health**

| | |
|---|---|
| ACH BERGAN MERCY MEDICAL CENTER<br>7500 Mercy Rd<br>OMAHA NE 68124-2319 | RECCA,JAMES<br>MRN: 800201503<br>DOB: 10/2/1978, Sex: M<br>Adm:11/3/2015, D/C:11/3/2015 |

## Flowsheets (continued)

### Flowsheets (all recorded) (continued)

| | | | | |
|---|---|---|---|---|
| the Last 21 days | | | | |
| Been in Contact With Someone Known or Suspected to have Ebola | No -AK | | | |
| Fever >/= 38 0C(100 4F) Currently | No -AK | | | |
| Other Screening Symptoms | None -AK | | | |

### Vital Signs - Tue November 03, 2015

| | 0335 | 0346 | 0534 |
|---|---|---|---|
| **Vital Signs** | | | |
| Temp | 36.7 °C (98.1 °F) -AK | | |
| Temp src | Oral -AK | | |
| Pulse | 99 -AK | 118 -KF | 103 -KF |
| Pulse Rate | | 118 -KF | |
| Resp | 24 -AK | | |
| BP | | 140/64 mmHg -AK | ! 154/107 mmHg -KF |
| **Oxygen Therapy** | | | |
| Oxygen Delivery Device | None (Room air) -AK | | |
| SpO2 | 99 % -AK | 94 % -KF | 100 % -KF |
| **Pain Assessment** | | | |
| Pain Assessment | 0-10 -AK | | |
| Pain Score | 10 -AK | | |
| **Height and Weight** | | | |
| Weight | 95.255 kg (210 lb) -AK | | |

#### User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| BH | Bradley H Hess, MD | 04/09/13 - |
| KF | Kristin L Fisicaro, RN | 03/22/13 - |
| AK | Alex Kucera, RN | 03/22/13 - |

### Flowsheet Notes

No notes of this type exist for this encounter.

### Release Authorization

| | | | |
|---|---|---|---|
| Type: | Signed Form | | |
| Effective Date: | | Expiration Date: | |
| Received By: | Denise Coleman | Received Date: | 4/10/2017  2:14 PM |

HIM ROI Authorization - DoS:  bmc (below)

EXHIBIT # 17



ACH BERGAN MERCY MEDICAL CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA,JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

Ambulance Record - DoS: 11/3/2015   (below)

Fax From StreamCenter

Page 2 of 5

11/3/2015 4:05 AM   FROM: 4024443846   TO: +1 (402) 398-6982   PAGE: 002 OF 005

**FINAL** — **Patient Care Report** — **James Recca**

**Omaha Fire Department**

Date of Service: 11/03/2015
Run Number: 0000612
Incident Number: 0000612

NPI: 6043   NPI: 1083798912

PATIENT INFORMATION

Name: James Recca
SSN: 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
Sex: Male
DOB: 10/02/1978 (37 yrs)
Weight: 230.00 lbs 115.40 Kgs

Home County:
Home Addr.: OMAHA,DOUGLAS, NE 68131



**CHI Health**

ACH BERGAN MERCY MEDICAL CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA, JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

---

Fax From StreamCenter                                                                 Page 3 of 5

11/3/2015 4:05 AM  FROM: 4024443946   TO: +1 (402) 398-6982   PAGE: 003 OF 005

| FINAL | Patient Care Report | James Recca |
|---|---|---|

**Omaha Fire Department**

Date of Service: 11/3/2015
Run Number: 0050813
Incident Number: 0050813

NPI: 6043          NPI: 1063788512

**NEXT OF KIN**

| Name : | Phone : | Business # : |
|---|---|---|
| SSN : | DOB : | Cell Phone : |
| Sex : | Home Addr. : | |

**INSURANCE**

no insurance information entered

**PATIENT COMPLAINTS**

**Chief Complaint**
Hemorrhage          Pain (Primary)          Laceration (Secondary)
5 Minutes           5 Minutes               5 Minutes

**Anatomic Location**
(General/Global)

**Organ System**
Global/General

**Primary Symptom**
Hemorrhage (1); or Bleeding (2)

**Other Associated Symptoms**
Pain, unspecified

**Last CPR Intake**

Nothing to Observed Free

**HISTORY**

**Past Medical History**
Other - Not Listed
Has None

**Allergies**
No Known Drug Allergy          No Known Environmental/Food
                               Allergies

**Medications**
None Reported

**ASSESSMENT**

ETOH/Drug use   Unable to Conduct

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Head | Patent | Breathing | Normal Respiration |
| Airway | | Blood/Fluid Loss | None Noted |
| Circulation | Pulses  Radial - Normal (2+) | Mental Status | Normal Patterns for Patient |
| External/Skin | Normal | | |
| Neurological | Normal Baseline for Patient | | |

**IMPRESSIONS**

**Primary Impression:**     Pain (Acute)

**Secondary Impressions:**  Hemorrhage / Bleeding (Unspecified)

**CARDIAC ARREST**

**TRAUMA**

**Cause of Injury**
Assault by bodily force          Contact with dog

**Mechanism of Injury**
Blunt          Penetrating

ZOLL  Rescue et ePCR                                              Page 3 of 5

---

*EXHIBIT #19*



**CHI Health**

ACH BERGAN MERCY MEDICAL
CENTER
7500 Mercy Rd
OMAHA NE 68124-2319

RECCA, JAMES
MRN: 800201503
DOB: 10/2/1978, Sex: M
Adm:11/3/2015, D/C:11/3/2015

---

Fax From StreamCenter

Page 4 of 5

11/3/2016 8:08 AM  FROM: 402443846   TO: +1 (402) 398-6592   PAGE: 004 OF 005

## FINAL

### Patient Care Report

### James Recca

#### Omaha Fire Department

Date of Service: 11/03/2015
Run Number: 0008812
Incident Number: 0008812

NPI: 5043          NPI: 1003780912

##### VITAL SIGNS

| Time | ETA | AE | Pulse | Monitor Rate | Respiratory | SPO2 | BPO2 | Glucose | GCS |
|------|-----|----|----|----|----|----|----|----|----|
| 11/3/2015 3:11 | No | 7 | =None= | | 16 Normal, =None= | | | | E4 + V5 + M6 = 15 Normal for Patient |

Skin Temp=Normal  Skin Color=Normal  Skin Moisture=Normal
Pupil Reacts: Left=Reactive, Right=Reactive  Pupil Dilation: Left=Normal, Right=Normal
Level of Consciousness: Alert; Pain Scale=6,

Taken by:   BURNS, JILLIAN

---

##### TRAUMA SCORES

no trauma scores entered

##### PRIOR AID

no prior aid entered

##### TREATMENT SUMMARY

| Time | ETA | Treatment | Who performs | Authorized by | Executed |
|------|-----|-----------|--------------|---------------|----------|
| 03:14 | No | Bleeding Control | BURNS, JILLIAN | | |
| Certification Level: | | EMT-Paramedic | | | |
| | | Compressions=None | Location=right shoulder, right outer thigh | | Number of Attempts=1 |
| | | Response=Improved | Success=Yes | | |

##### NARRATIVE

MS1 was dispatched to a medical nature unknown, authority OPD.  Upon arrival to the parking lot, the 37yo male was A&Ox3 sitting on a retaining wall.  The male patient was handcuffed.   He had a possible laceration and bleeding on his left ear, four 1" or less lacerations to outside right thigh from dog teeth, one 3" laceration to the right shoulder near the armpit, and left knee pain.  Patient was soaking wet from being in the creek.  His pants and outer t- shirt were cut off to expose the wounds.  Patient was bandaged with 4x4's and coban on his right shoulder and right thigh.  All other bleeding was controlled.  Patient was assisted to the squad and sat on the cot.  Patient's vitals were unable to be obtained due to the handcuffs.  Patient refused to answer questions about his residence or whether he had any drugs or alcohol in his system.  He was uncooperative with most of the questions.  Patient was transported code 2 to Bergan with OPD in the back of the squad.  No changes en route.  Patient care was transferred to ER nurse.

##### MISCELLANEOUS

ER Dept Disposition

Still a patient or expected to return for outpatient services

Protective aids used

| Gloves | | BURNS, JILLIAN |
| Gloves | | GUTIERREZ, MINDY |

##### HIPAA

no HIPAA agreements entered

##### SIGNATURES

| Time | Type | Who signs | Why sign if did not sign |
|------|------|-----------|--------------------------|
| 11/03/2015 03:37 | 4. Receiving Facility Signature-Accept Treatment and Transport (Only Use | Nurse (RN) - Frisearc, Krstvh | Physical Impairment of Extremities |

ZOL . Removal =PCR

Page 4 of 4

---

EXHIBIT #20

April 29, 2018

Risk Management Division
State Claims Board          1819 Farnam St
P.O. Box 94974             Omaha, NE
Lincoln, NE 68509-4974

James M. Recca
P.O. Box 22500
Lincoln, NE 68542

Dear Risk Manager,

Ref: Data # 3140728 Module # 14-22
Resolution No: 246 April 11, 2017

Tort Claim was sent to you on April 11, 2017, by
the Board of County Commissioners Douglas County, NE

I have yet to recieve a review or determination
from you on this matter.

Please let me know what Status my claim is in.

Sincerely,

Recca

Jamer Recca

EXHIBIT #21



**BOARD OF COMMISSIONERS**
**MARY ANN BORGESON, CHAIR**

**MICHAEL BOYLE       JAMES CAVANAUGH       CLARE DUDA       MARC KRAFT       P.J. MORGAN       CHRISTOPHER RODGERS**

**Patrick T. Bloomingdate, Chief Administrative Officer**

December 8, 2017

Mr. Recca:

I was doing some filing and came across an envelope addressed to you but no copy of the letter that should have been mailed to you in October. Since I cannot confirm the letter was sent to you I have enclosed a copy of the letter that was intended to be sent just in case you did not receive the earlier letter.

Sincerely,

Darrel Neely

**(402) 444-7025       Suite LC 2 Civic Center       1819 Farnam Street       Omaha, Nebraska 68183-0100       (402) 444-6559 (FAX)**
**www.douglascounty-ne.gov**

EXHIBIT #22



**BOARD OF COMMISSIONERS**
**MARY ANN BORGESON, CHAIR**
MICHAEL BOYLE        JAMES CAVANAUGH        CLARE DUDA        MARC KRAFT        P.J. MORGAN        CHRISTOPHER RODGERS
Patrick T. Bloomingdate, Chief Administrative Officer



October 30, 2017

Mr. James M. Recca
Nebraska State Penitentiary
P.O. Box 22500
Lincoln, NE. 68542

Mr. Recca:

Following up on your October 25, 2017 voice mail:

The incident you described did not involve the Douglas County Sheriff's office or the Douglas County K-9 units. And as a result, Douglas County is not liable for any damages / injuries that may have occurred.

Sincerely,

Darrel Neely
Douglas County

EXHIBIT #23

JAMES KECCA

Inmate Name
Inmate Number
Box 22500
Lincoln, NE 68542-0500

Notice: This correspondence was mailed
from the Nebraska State Penitentiary.
Its contents are uncensored.

46-03-13

neopost
11/27/2018
US POSTAGE
$002.47⁰

FIRST-CLASS MAIL

ZIP 68506
041M12252303

* OFFICE OF THE CLERK
Roman Hruska U.S. Courthouse
111 South 18th Plaza, #1152,
Omaha, Ne.    68102

RECEIVED

NOV 2 9 2018

CLERK
U.S. DISTRICT COURT

— LEGAL - PRIVILEGED CORRESPONDENCE —