IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES MICHAEL RECCA, | ) | 8:18CV556 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PIGNOTTI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's unopposed motion for extension of time (Filing 30) is granted, and service of Plaintiff's responses to Defendants' discovery requests, as certified by Plaintiff in Filing 31, is deemed timely.

DATED this 23rd day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge