IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES MICHAEL RECCA,<br><br>Plaintiff,<br><br>vs.<br><br>PIGNOTTI, individual capacity; JOESPH RICHTER, (2019) individual capacity; NASS, (1886) individual capacity; and HANSEN, (2043) individual capacity;<br><br>Defendants. | 8:18CV556<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's motion to strike (filing 44) is denied. Defendants' motion to amend progression order was granted on February 14, 2020 (filing 42).

Dated this 25th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge